IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAAC LUSTGARTEN<br>225 East 57th Street<br>Apt. 2F<br>New York, New York 10022<br><br>　　　　Plaintiff<br><br>v.<br><br>UNUM GROUP CORPORATION<br>1 Fountain Square<br>Chattanooga, Tennessee 37402<br><br>and<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>1 Fountain Square<br>Chattanooga, Tennessee 37402<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*　Case No._____<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Unum Group Corporation[1] and Provident Life and Accident Insurance Company (collectively "Unum Group" or "Defendants"), by their attorneys, Scott M. Trager, J. Snowden Stanley, Jr., and Semmes, Bowen & Semmes, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, hereby file this Notice of Removal of the above action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, with reservation of all defenses. Defendants' grounds for such removal are as follows:

---

[1] Unum Group is incorrectly named as "Unum Group Corporation" in the Complaint.

1

1. Defendants have been named in this lawsuit which was filed in the Superior Court of the District of Columbia on January 17, 2014. Defendants received notice of this lawsuit also on January 17, 2014.

2. The Plaintiff's action was docketed in the Superior Court of the District of Columbia as Case No. 2014 CA 000327 B.

3. Defendant Provident Life and Accident Insurance Company is a corporation of the State of Tennessee with a principal place of business in Tennessee.

4. Defendant Unum Group is incorporated in the State of Delaware with a principal place of business in Chattanooga, Tennessee.

5. The Plaintiff is and was at the time of the filing of this action a citizen and resident of the State of New York, and the Plaintiff was not at the time of filing his action in state court a citizen or resident of the State of Tennessee or Delaware. Therefore, complete diversity of citizenship exists between the Plaintiff and the Defendants.

6. The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. This Court has subject matter jurisdiction over this action and all claims asserted against Defendants pursuant to 28 U.S.C. § 1332(a).

8. This action may, therefore, be removed to this Court on the grounds of diversity of citizenship, pursuant to 28 U.S.C. §§ 1441, and 1446.

9. In addition, Plaintiff's Complaint is founded upon a claim for disability benefits pursuant to Policy No. 06-600-6745004 (the "Policy"), issued on January 1, 2004.

10. This Policy was issued by Defendant Provident Life and Accident Insurance Company pursuant to an employee welfare benefit plan at Plaintiff's former employer, Arnold &

Porter in the District of Columbia. Arnold & Porter sponsored and administered the employee welfare benefit plan that Plaintiff's Policy was a part of. Plaintiff's claims in this matter are therefore also governed by federal law, namely the Employee Retirement Income Security Act ("ERISA") of 1974, as amended 29 U.S.C. § 1100, *et. seq.* and § 1132.

11. Because Plaintiff's claims concerning the Policy involve matters arising under and concerning questions of federal law, this Court has original subject matter jurisdiction over those claims pursuant to 28 U.S.C. § 1331, and those matters are removable to this Court as provided for under 28 U.S.C. § 1441.

12. Venue is proper in this Court pursuant to 28 U.S.C. §1441(a) because the United States District Court of the District of Columbia is the federal judicial district embracing the Superior Court of the District of Columbia.

13. Removal of this case is timely pursuant to 28 U.S.C. § 1446 because this Notice of Removal was filed within 30 days of Defendants' first notice of this lawsuit on January 17, 2014.[2]

14. Defendants have given written notice of the filing of this Notice of Removal to the Plaintiff, and have filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia.

15. Attached hereto as *Exhibit 1* are copies of all documents served on Defendants in this action.

WHEREFORE, the Defendants, respectfully request that this action be removed to the United States District Court for the District of Columbia, and that no further proceedings be had in the Superior Court of the District of Columbia.

---

[2] The thirtieth day removal deadline fell on Sunday, February 16, 2014. The following Monday, February 17, 2014, was the Washington's Birthday/President's Day legal holiday. Consequently, this removal was filed on the next day that was not a Saturday, Sunday, or legal holiday—on Tuesday, February 18, 2014. *See* Fed. R. Civ. P. 6.

3

Respectfully submitted,

*[signature]*

Scott M. Trager (D.C. Bar No. 463538)
J. Snowden Stanley, Jr. (D.C. Bar No. 360178)
Semmes, Bowen & Semmes
25 South Charles Street, 14th Floor
Baltimore, Maryland 21201
Phone Number: 410-539-5040
Fax Number:  410-539-5223
strager@semmes.com
jstanley@semmes.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 18th day of February, 2014, a copy of Defendants' Notice of Removal (with Exhibits) was mailed, first-class, postage prepaid to:

Scott B. Elkind, Esq.
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910
*Attorneys for the Plaintiff*

*[signature]*

Scott M. Trager

B1450674.DOC