SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| ISAAC LUSTGARTEN, | § § § | |
| Plaintiff, | § § | JURY DEMAND |
| v. | § § | No: |
| UNUM GROUP CORPORATION, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § § | |

## COMPLAINT

The Plaintiff, Isaac Lustgarten ("Lustgarten" or "Plaintiff"), brings the following Complaint against the above Defendants:

### JURISDICTION AND VENUE

1. This is an action for damages for failure to pay benefits under an insurance policy and other related claims over which this court has jurisdiction.

2. Jurisdiction and venue are proper within the Superior Court of the District of Columbia pursuant to D.C. Code §§ 11-921 and 13-423.

### PARTIES

3. Plaintiff, Lustgarten, is a resident of New York City, New York.

4. Plaintiff alleges upon information and belief that Defendant Provident Life and Accident Insurance Company ("Provident") is an insurance company authorized to transact the business of insurance in the District of Columbia, and, pursuant to D.C. Code §§ 13-334 and 31-5607.06, may be served with process through the Commissioner of the Department of Insurance, Securities, and Banking, at 810 First Street, NE, Suite 701, Washington, DC 20002.

EXHIBIT 1

1

5. Provident is incorporated and principally located in the state of Tennessee and performs the business of insurance in that state.

6. Plaintiff alleges upon information and belief that Defendant Provident is the underwriter for Policy Number 06-600-6745004, which it issued and currently administers.

7. Defendant Provident issued Policy Number 06-600-6745004 from its offices in Tennessee, and provided administration of the policy primarily from that state.

8. Defendant Unum Group Corporation ("Unum Group") is the parent company of Defendant Provident and is likewise principally located in Tennessee.

9. Defendant Unum Group exercises significant control over the policies and actions of Defendant Provident.

10. Defendant Unum Group is the employer of all persons who acted on behalf of Provident.

11. Plaintiff alleges upon information and belief that Defendant Unum Group established the policies and procedures governing the payment or denial of claims, the policy for document retention and otherwise established the procedures under which the decision-makers made the decision to deny benefits that is the subject of this law suit, and was the *de facto* decision-maker in the Plaintiff's claim.

12. Defendant Unum Group is a foreign business entity licensed to do business in the District of Columbia and may be served with process by and through its registered agent for service, Corporation Service Company, 1090 Vermont Ave. NW, Washington DC, 20005.

## FACTS

13. Mr. Lustgarten applied directly to Provident for an individual disability insurance policy on November 10, 2003, listing the District of Columbia as the situs jurisdiction for the application. See Exhibit A to the Complaint.

14. Provident issued Policy No. 06-600-6745004 (the "Policy") to Mr. Lustgarten with an effective date of January 1, 2004 and listed the District of Columbia as the state where the application was signed. See Exhibit A.

15. At the time Mr. Lustgarten applied for the Policy, he was employed by Arnold & Porter.

16. Mr. Lustgarten has alone paid the premiums of the Policy since its inception.

17. Mr. Lustgarten left employment with Arnold & Porter in 2005.

18. Arnold & Porter never had administrative duties in regards to the Policy.

19. Arnold & Porter has no ongoing administrative duties in regards to the Policy.

20. Arnold & Porter never had financial responsibilities in regards to the Policy.

21. Arnold & Porter has no ongoing financial responsibilities in regards to the Policy.

22. On November 5, 2011, Mr. Lustgarten became unable to continue pursuing full-time occupation due to disability.

23. The Policy was in force and the Plaintiff's disability satisfied the policy's definition of total disability at all times through the policy's elimination period, and at all times since Plaintiff ceased work due to his disability.

24. The Plaintiff timely filed a claim for disability benefits pursuant to and consistent with the terms of the Policy.

25. Defendants have denied coverage of Lustgarten's claim despite his having satisfied all proof of loss requirements and provided ample evidence of his having met the Policy's definition of disability.

26. On July 10, 2013, Plaintiff sent a letter to the Defendants via certified mail formally demanding that the Defendants pay Plaintiff's claim within 60 days from the date of receipt of the letter or else be subject to the applicable bad faith provisions of Tenn. Code Ann. § 56-7-105 and/or other relevant bad faith or similar state law.

27. The Defendants received the letter on July 15, 2013, but have refused to timely pay the loss.

28. Defendants' refusal to pay the loss was not in good faith, and their failure to pay inflicted additional expense, loss, and injury including attorney fees upon the Plaintiff.

## COUNT I
## BREACH OF CONTRACT
## AGAINST ALL DEFENDANTS

PLAINTIFF incorporates the allegations contained in the prior paragraphs as if fully stated herein and says further that:

29. Plaintiff has complied with all policy provisions and conditions precedent to qualify for benefits prior to filing suit.

30. Plaintiff has suffered and continues to suffer from a disability as defined in the policy.

31. Defendants, under the terms of the contract of insurance, are indebted to Plaintiff for the disability benefits due under the terms of the policy.

32. Defendants have failed and refused to honor their obligations under the policy of insurance that was issued to the Plaintiff for the benefit of Plaintiff.

33.     Defendants breached their contract with Plaintiff to provide an objective evaluation of his ability to perform his own occupation and to pay him benefits if he were to become totally disabled from his own occupation.

34.     As a direct and proximate result of Defendants' actions in handling this claim, Plaintiff has suffered, and continues to suffer, monetary loss and damages.

## COUNT II
## BREACH OF THE COVENANT
## OF GOOD FAITH AND FAIR DEALING
## AGAINST ALL DEFENDANTS

PLAINTIFF incorporates the allegations contained in the prior paragraphs as if fully stated herein and says further that:

35.     There is no genuine issue as to Defendants' liability under the policy and Defendants are unreasonably denying payment of Plaintiff's claim.

36.     Defendants have breached the covenant of good faith and fair dealing by failing to properly investigate Plaintiff's claim for benefits.

37.     Defendants have breached the covenant of good faith and fair dealing by unreasonably and in bad faith withholding payment of Plaintiff's claim.

38.     Defendants have breached the covenant of good faith and fair dealing by giving more consideration to their own interests than they have to the Plaintiff.

39.     Defendants operate under a comprehensive system designed to target and terminate claims such as Plaintiff's.

40.     Defendants have refused to pay the Plaintiff's claim within 60 days of a formal demand by the Plaintiff.

41. Defendants' refusal to pay was not in good faith and therefore subjects the Defendants to additional liability under Tenn. Code Ann. § 56-7-105, as Defendants are companies doing the business of insurance in the State of Tennessee and Tennessee has an interest in regulating such companies.

42. As a direct and proximate result of Defendants' actions in handling this claim, Plaintiff has suffered, and continues to suffer, monetary loss and damages, including the benefits he would have been paid under the policy and the amount of future contract benefits the Plaintiff should receive had the contract been honored by the Defendants.

43. As a direct and proximate result of Defendants' actions in handling this claim, Plaintiff has suffered, and continues to suffer, emotional damages caused by emotional distress and injury.

44. As a direct and proximate result of Defendants' actions in handling this claim, Plaintiff has suffered, and continues to suffer, economic losses, including loss of the value of time, interest expenses, attorneys' fees, litigation expenses, and other economic losses.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court grant Plaintiff the following relief in this case:

1. That the Court enter judgment in favor of Plaintiff and against Defendants on all counts and that the Court order the Defendants to pay disability income benefits to Plaintiff in an amount equal to the contractual amount of benefits to which he is entitled for the time period that he has been disabled.

2. That the Court order the Defendants to pay Plaintiff prejudgment interest on all benefits that have accrued prior to the date of judgment.

3. That the Court enter judgment in favor of Plaintiff and against Defendant and that the Court order the Defendant to pay the amount of future contract benefits that the Plaintiff would receive had the contract been honored by the Defendants.

4. That the Court find that the Defendants have acted in bad faith in the handling of Plaintiff's claim.

5. That the Court order Defendants to pay Plaintiff's attorneys fees and costs.

6. That the Court order Defendants to pay an additional sum not exceeding twenty-five percent (25%) on the liability for the loss, to be measured by the additional expense, loss, and injury including attorney fees thus entailed.

7. That, should the Court order future benefits be paid on a periodic basis under the policy, the Court order the Defendants to pay benefits under the claim so long as the Plaintiff remains disabled and that the Court order the Defendants to refrain from continuing to engage in unlawful conduct in the handling of this claim.

8. Plaintiff demands a trial by jury in this matter.

Dated this _____ day of December, 2013.

Respectfully submitted,

BY: _____
Scott B Elkind (BPR # 438811)
Elkind & Shea
801 Roeder Road, Suite 550
Silver Spring, MD 20910
Phone: 301-495-6665
Fax: 301-565-5111



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_____
Plaintiff

vs.                                            Case Number _____

_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

_____
Name of Plaintiff's Attorney

By _____
_____         Deputy Clerk
Address

_____         Date _____

Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                 CASUM.doc




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante
              contra
                                                         Número de Caso: _____
_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                             *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                              Por: _____
_____
Dirección                                                       Subsecretario

_____
                                              Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                                    Vea al dorso el original en inglés
                                    See reverse side for English original

                                                                                                                  CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_____
Plaintiff

vs.                                            Case Number _____

_____
Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                              *Clerk of the Court*

_____
Name of Plaintiff's Attorney

                                           By _____
_____
Address                                                       Deputy Clerk

_____

                                                       Date _____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

<div style="text-align:center">
See reverse side for Spanish translation<br/>
Vea al dorso la traducción al español
</div>

Case 1:14-cv-00237-ABJ   Document 1-2   Filed 02/18/14   Page 11 of 11



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante
         contra

                                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
                                    Subsecretario

_____
Dirección

_____
Teléfono                                    Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시요    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc